UNITED STATES DISTRICT COURT

SOTHERN DISTRICT OF NEW YORK

Abra McField,

Plaintiff,

v.

26 CV 0178

Case No.________________

Center for Hair Restoration LLC,

DBA HLCC – Hair Loss Control Clinic,

Defendant.

RECEIVED
JAN - 6 2026
PRO SE OFFICE

# COMPLAINT

Plaintiff, Abra McField, appearing pro se, complains against Defendant Center for Hair Restoration LLC, doing business as HLCC – Hair Loss Control Clinic ("HLCC"), and alleges as follows:

## PARTIES

Plaintiff Abra McField is the owner and operator of Abrakadabra Hair & Healing, with a principal business address at 1226 Victor Street, Saint Louis / Saint Ann, Missouri 63104.

Defendant Center for Hair Restoration LLC, doing business as HLCC – Hair Loss Control Clinic, is a limited liability company with a principal place of business at Century Hill Drive, Latham, Albany County, New York 12110.

## JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. § 1332(a) because the matter in controversy exceeds $75,000, exclusive of interest and costs, and is between citizens of different states: Plaintiff is a citizen of Missouri and Defendant is a citizen of New York.

This Court also has jurisdiction under 28 U.S.C. § 1338(a) as this action includes claims arising under the Copyright Act, 17 U.S.C. § 101 et seq.

Venue is proper in this district under 28 U.S.C. § 1391(b) because Defendant resides in this district and a substantial part of the events giving rise to the claims occurred here.

## FACTUAL ALLEGATIONS

On or about June 10, 2024, Plaintiff and Defendant entered into a written contract for Defendant to assist Plaintiff with the transfer and development of Plaintiff's website and store operations.

Defendant was obligated to provide Plaintiff with access to business accounts, including website, email, and other platforms essential to Plaintiff's business.

Defendant wrongfully locked Plaintiff out of her business accounts, obstructing her ability to operate her business.

Despite repeated complaints and notices, Defendant refused to reinstate Plaintiff's access and threatened legal action.

Defendant made false statements to Plaintiff's customers, damaging her reputation.

Defendant failed to pay Plaintiff profits and improperly deducted charges, breaching the contract.

Defendant failed to provide financial transparency and profit shares for products solely owned and supplied by Plaintiff.

As a result, Plaintiff suffered significant financial losses, including foreclosure of her home and interruption of her children's education.

The products converted by Defendant were created and invented by Plaintiff and are trademarked and copyrighted by all relevant U.S. government agencies.

## CAUSES OF ACTION

**First Cause of Action: Breach of Contract**

**Defendant breached the contract by denying access, failing to pay profits, and improperly deducting charges.**

**Plaintiff suffered damages in the amount of $100,000.**

**Second Cause of Action: Defamation**

**Defendant made false and malicious statements to Plaintiff's customers, damaging her reputation.**

**Plaintiff suffered damages in the amount of $250,000.**

**Third Cause of Action: Conversion**

**Defendant unlawfully withheld and misappropriated Plaintiff's money and property.**

**Plaintiff suffered damages in the amount of $985,000.**

**Fourth Cause of Action: Fraud**

**Defendant engaged in deceptive business practices and concealed critical contract terms.**

**Plaintiff suffered damages in the amount of $100,000.**

**Fifth Cause of Action: Breach of Statutory Duty**

**Defendant breached statutory duties by refusing to disclose earnings, manipulating profit shares, and restricting access to assets.**

**Plaintiff suffered damages in the amount of $100,000.**

**Sixth Cause of Action: Copyright Infringement**

**Plaintiff repeats and realleges all preceding paragraphs.**

**Plaintiff is the owner of original works, including products and website content, registered and protected under U.S. copyright law.**

**Defendant copied, distributed, and used Plaintiff's copyrighted materials without authorization, in violation of 17 U.S.C. § 501.**

**Plaintiff suffered damages in the amount of $500,000 due to Defendant's infringement.**

## DAMAGES

Plaintiff seeks the following damages:

Breach of Contract: $100,000

Defamation: $250,000

Conversion: $985,000

Fraud: $100,000

Breach of Statutory Duty: $100,000

Copyright Infringement: $500,000

**Total Damages Sought**: $2,035,000

Plaintiff also seeks punitive damages of $250,000, attorney's fees, costs of suit, and such other relief as the Court deems just and proper.

**PRAYER FOR RELIEF**

**WHEREFORE,** Plaintiff respectfully requests that this Court:

**A.** Award damages for $2,035,000;

**B.** Award punitive damages for $250,000;

**C.** Award costs of suit and other legal fees;

**D.** Grant such other and further relief as the Court deems just and proper.

**AFFIDAVIT OF VERIFICATION**

I, **Abra McField**, declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing Complaint and all statements contained therein are true and correct to the best of my knowledge, information, and belief.

Submitted this 30th Day of December 2025

Abra McField

**Abra McField Plaintiff, Pro Se**
**1226 Victor Street**
**Saint Louis / Saint Ann, Missouri 63104**
**Ph. 314-203-8725**
**hairbyabrakadabra@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Complaint was mailed U.S. Mail to:

**Clerk Tammi M. Hellwig**

**Daniel Patrick Moynihan U.S. Courthouse**

**United States District Court**

**Southern District of New York**

**500 Pearl Street**

**New York, NY 10007-1312**

Submitted this 30th Day of December 2025

Abra McField

**Abra McField Plaintiff, Pro Se**

**1226 Victor Street**

**Saint Louis / Saint Ann, Missouri 63104**

**Ph. 314-203-8725**

**hairbyabrakadabra@gmail.com**

Abra McField
1226 Victor Street
St. Louis / St. Ann, Missouri 63104

9589 0710 5270 0096 5538 52

Retail

UNITED STATES POSTAL SERVICE

10007

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
ATLANTA, GA 30317
DEC 30, 2025

$12.98

S2324N504160-02

RECEIVED
JAN - 6 2026
PRO SE OFFICE

RECEIVED
JAN - 6 2026
CLERK'S OFFICE
S.D.N.Y.

Clerk Tammi M. Hellwig
Daniel Patrick Moynihan US Courthouse
US District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USM SDNY LP3